FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 SEP 21 A 6: 54

CLERK
SO. DIST GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRASSELER USA, INC. and )
RICH GATES, )
)
    Plaintiffs, )
)
v. ) CV 407-104
)
KOMET USA, LLC, )
)
    Defendant. )

## ORDER

Before the Court is Defendant Komet LLC's Motion to Dismiss or in the Alternative to Transfer (Doc.9). The agreement at issue in this case contains an exclusive venue provision, which designates the courts of York County, South Carolina as the exclusive forum for any actions arising out of the agreement. Accordingly, in light of the exclusive venue provision, as well as Defendant's acquiescence to the Motion, pursuant to 28 U.S.C. § 1404(a) this case is **HEREBY TRANSFERRED** to the United States District Court for the District of South Carolina, Rock Hill Division.

SO ORDERED.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: September 21st, 2007